In the Matter of SISTER MARGARET MURTHA, Charged with Contempt of Court.

July 26, 1971. Petition for certification denied.

THOMAS F. X. SMITH, MUNICIPAL CLERK v. FRANCIS X. HAYES.

September 13, 1971. Petition for certification granted.

ANTHONY CARBONE v. GEORGE F. KUGLER, JR.

September 13, 1971. Petition for certification granted.

TRAP ROCK INDUSTRIES, INC. v. JOHN C. KOHL, COMMISSIONER, *ET AL.*

September 14, 1971. Petition for certification granted. (See 115 *N. J. Super.* 278)

CARMEN OTILIO, t/a V. OTTILIO AND SONS v. JOHN C. KOHL, COMMISSIONER.

September 14, 1971. Petition for certification granted.